Richard A. Marshack (TR), Chapter 7 Trustee
870 Roosevelt
Irvine, CA 92620
pkraus@marshackhays.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In re: | § | Case No.   8:16-bk-11465-TA |
|---|---|---|
| ECOLOGICAL STEEL SYSTEMS INC. | § | |
| | § | |
| | § | |
| Debtors(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Richard A. Marshack (TR), trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> UNITED STATES BANKRUPTCY COURT
> CENTRAL DISTRICT OF CALIFORNIA
> 411 W. FOURTH STREET, SUITE 2030
> SANTA ANA, CA 92701

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 11:00 a.m. on April 10, 2018 in Courtroom 5B, United States Courthouse, located at 411 W. Fourth Street, Santa Ana, CA 92701. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee.  Untimely objections may be deemed waived.  In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered.  See Federal Rule of Bankruptcy Procedure 5009.

| Date Mailed: | 03/06/2018 | By : | /s/ Richard A. Marshack |
|---|---|---|---|
| | | | Trustee |

Richard A. Marshack (TR)
870 Roosevelt
Irvine, CA 92620

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re:                                §
                                      §
ECOLOGICAL STEEL SYSTEMS INC.         §     Case No. 8:16-bk-11465-TA
                                      §
                                      §
                                      §
            Debtors(s)                §

SUMMARY OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,904.18 |
| and approved disbursements of | $ | 1,411.45 |
| leaving a balance on hand of: | $ | 14,492.73 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees: Richard A. Marshack | $ 2,340.42 | $ 0.00 | $ 2,340.42 |
| Trustee, Expenses: Richard A. Marshack | $ 54.01 | $ 0.00 | $ 54.01 |
| Attorney for Trustee, Fees: Smiley Wang-Ekvall, LLP | $ 5,231.09 | $ 0.00 | $ 5,231.09 |
| Attorney for Trustee, Expenses: Smiley Wang-Ekvall, LLP | $ 636.53 | $ 0.00 | $ 636.53 |
| Other: Hahn Fife & Company LLP | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| Other: FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS | $ 1,629.28 | $ 0.00 | $ 1,629.28 |
| Total to be paid for chapter 7 administrative expenses | | | $ 9,891.33 |
| Remaining Balance | | | $ 4,601.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,161.91 must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-NFR (10/1/2010)(Page 2 )

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001-2 | FRANCHISE TAX BOARD, BANKRUPTCY | $ 1,161.91 | $ 0.00 | $ 1,161.91 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 1,161.91 |
| Remaining Balance | $ 3,439.49 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,751,591.97 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001A-2 | FRANCHISE TAX BOARD, BANKRUPTCY | $ 21.09 | $ 0.00 | $ 0.03 |
| 00002 | The Faux Law Group | $ 20,123.14 | $ 0.00 | $ 25.15 |
| 00003 | Marci Littlefield R Parker | $ 120,000.00 | $ 0.00 | $ 150.00 |
| 00004 | Bermuda Road Properties, LLC c/o | $ 2,611,447.74 | $ 0.00 | $ 3,264.31 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 3,439.49 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/ Richard A. Marshack
Trustee

Richard A. Marshack (TR)
870 Roosevelt
Irvine, CA 92620

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.